**Order entered February 23, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00466-CR

**JUAN MANUEL AREVALOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00219-M**

### ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **APRIL 23, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Belinda Baraka, official court reporter, 194th Judicial District Court; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Juan Manuel Arevalos, TDCJ# 02296291, Ellis Unit, 1697 F.M. 980, Huntsville, TX 77343.

/s/    ERIN A. NOWELL
        JUSTICE